IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00366-CAR-AGH |
| | * |
| DEPUTY WARDEN MCDANIEL, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk